UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 08-177-KSF

FREDDY S. CAMPBELL                                                                              PLAINTIFF

v.                                **OPINION & ORDER**

CREDIT BUREAU SYSTEMS, INC.,                                DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

     This matter is currently before the Court upon the motion of the plaintiff, Freddy S. Campbell, to alter or amend the Court's Opinion & Order of September 9, 2009 granting the defendants' motion to dismiss and/or for summary judgment [DE #88]. Specifically, Campbell argues that the Court erred in determining that defendants GLA Collection Company, Inc. and Credit Bureau Systems, Inc. complied with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* with respect to his disputed accounts.

     To grant a motion to alter or amend filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, there must be "(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice." *Henderson v. Walled Lake Consol. Schs.*, 469 F.3d 479, 496 (6th Cir. 2006). Campbell argues that dismissing his claims has resulted in manifest injustice. However, for the reasons set forth in the Court's Opinion & Order of September 9, 2009, Campbell is not entitled under the law to the relief he seeks. Accordingly, no manifest injustice results and Campbell's motion to alter or amend will be denied.

1

The Court, being fully and sufficiently advised, hereby **ORDERS** that Campbell's motion to alter or amend [DE #88] is **DENIED**.

This October 23, 2009.

Signed By:

*Karl S. Forester* KSF

**United States Senior Judge**