UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 08-177

FREDDY S. CAMPBELL                                                                                    PLAINTIFF

v.                                           **OPINION & ORDER**

GLA COLLECTION COMPANY, *et al.*                                                     DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

This matter is currently before the Court upon the motion of the plaintiff, Freddy S. Campbell, for relief from final judgment pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. On September 9, 2011, this Court held that the defendants, GLA Collection Company, Inc. ("GLA")and Credit Bureau Systems, Inc ("CBSI"), fully complied with their duties under the Federal Debt Collection Practices Act, 15 U.S.C. § 1692, and granted the defendants' motions to dismiss and/or for summary judgment. In the motion currently before the Court, Campbell contends that GLA has not taken steps to remove itself from his credit report.

The relief Campbell seeks simply cannot be afforded by Rule 60(b)(6). Rule 60(b) allows a court to "relieve a party or its legal representative from a final . . . order" for any of the five reasons listed in the rule and, as set out in subsection (b)(6), for "any other reason that justifies relief." However, motions for relief from judgment under Rule 60(b) "must be made within a reasonable time." Campbell's motion, filed more than eighteen months after the Opinion & Order and Judgment of September 17, 2009, is untimely. Campbell has not offered any reasons why his motion was not filed sooner. Additionally, Campbell has failed to set forth any grounds which justify

reversing this Court's earlier holding that GLA fully complied with its debt collection responsibilities under the law.  As a result, Campbell's motion for relief from Final Judgment [DE #90] is hereby **DENIED**.

This May 22, 2012.



Signed By:
*Karl S. Forester*  KSF
United States Senior Judge